IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CRAYTONIA BADGER**                                                                                   **PLAINTIFF**

v.                               **CASE NO. 2:20-CV-00217-BSM**

**BUREAU OF PRISONS**                                                                             **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 30th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE